UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LAWRENCE WHITE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SOCIAL SECURITY OFFICE,<br><br>　　　　　Defendant. | Case No. 2:23-cv-02058-EJY<br><br>**ORDER** |

On December 12, 2023, Plaintiff an inmate in the custody of Clark County Detention Center ("CCDC"), submitted an incomplete application to proceed *in forma pauperis* ("IFP") together with a Civil Rights Complaint. ECF Nos. 1, 1-1. Plaintiff's IFP application is incomplete because the Financial Certificate is not signed by a prison or jail official. Plaintiff also fails to include his inmate trust fund account statement for the previous six-month period. Even if Plaintiff has not been at the CCDC a full six-month period, Plaintiff must still submit a Financial Certificate signed by the prison or jail official and an inmate account statement for the dates he has been at the facility. 28 U.S.C. § 1915(a)(2); Local Rule LSR 1-2.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's application to proceed *in forma pauperis* (ECF No. 1) is DENIED without prejudice.

IT IS FURTHER ORDERED that on or before **February 12, 2024**, Plaintiff must either pay the $405 filing fee for a civil action or file with the Court: (1) a complete **Application to Proceed in Forma Pauperis for Inmate** on the Court's approved form; (2) a **Financial Certificate** properly signed by both the inmate and a prison or jail official; and (3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**.

IT IS FURTHER ORDERED that failure to either pay the $405 filing fee or file a complete application to proceed *in forma pauperis* on or before **February 12, 2024**, will result in a recommendation to dismiss this action **without prejudice**. A dismissal without prejudice allows Plaintiff to file his case with the Court, under a new case number, when he is able to comply with LSR 2-1 and file a complete application to proceed *in forma pauperis* or pay the required filing fee.

IT IS FURTHER ORDERED that the Court will retain Plaintiff's Complaint (ECF No. 1-1), but will not file it at this time.

IT IS FURTHER ORDERED that the Clerk of the Court must send Plaintiff the approved form application to proceed *in forma pauperis* for an inmate along with the information and instructions for filing the same.

DATED this 14th day of December, 2023.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE