UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| LAWRENCE WHITE, | Case No. 2:23-cv-02058-APG-EJY |
| Plaintiff, | |
| v. | **REPORT AND RECOMMENDATION** |
| SOCIAL SECURITY OFFICE, | |
| Defendant. | |

On November 1, 2023, Plaintiff, an inmate in the custody of Clark County Detention Center, filed an incomplete application to proceed *in forma pauperis* ("IFP") together with a Civil Rights Complaint. ECF Nos. 1, 1-1. On December 14, 2023, the Court issued an Order granting Plaintiff through and including February 12, 2024 to pay the filing fee or file a complete IFP application. ECF No. 5. Plaintiff filed a second incomplete IFP on December 28, 2023. ECF No. 7. On December 29, 2023, the Court denied Plaintiff's second IFP and dismissed the Complaint without prejudice, but provided Plaintiff one additional opportunity, through and including February 5, 2024, to file a complete IFP application and an amended complaint. ECF No. 8. The Court explained if Plaintiff failed to comply with the Order, it would result in dismissal of this action. *Id.* As of the date of this Recommendation, Plaintiff has not complied with the Court's Order.

Accordingly, IT IS HEREBY RECOMMENDED that this matter be dismissed without prejudice in its entirety for failure to comply with the Court's Order.

Dated this 9th day of May, 2024.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1

**NOTICE**

Under Local Rule IB 3-2, any objection to this Finding and Recommendation must be in writing and filed with the Clerk of the Court within fourteen (14) days.  The Supreme Court has held that the courts of appeal may determine that an appeal has been waived due to the failure to file objections within the specified time.  *Thomas v. Arn*, 474 U.S. 140, 142 (1985).  This circuit has also held that (1) failure to file objections within the specified time and (2) failure to properly address and brief the objectionable issues waives the right to appeal the District Court's order and/or appeal factual issues from the order of the District Court.  *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991); *Britt v. Simi Valley United Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).