UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LAWRENCE WHITE,<br><br>　Plaintiff<br><br>v.<br><br>SOCIAL SECURITY OFFICE,<br><br>　Defendant | Case No.: 2:23-cv-02058-APG-EJY<br><br>**Order**<br><br>[ECF No. 12] |

　On May 10, 2024, Magistrate Judge Youchah recommended that I dismiss this case without prejudice because plaintiff Lawrence White had not paid the filing fee or filed a complete application to proceed in forma pauperis by the given deadline. ECF No. 12.  White did not object.  Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

　I THEREFORE ORDER that Magistrate Judge Youchah's report and recommendation (ECF No. 12) is accepted, and plaintiff Lawrence White's complaint (ECF No. 1-1) is dismissed without prejudice.  The clerk of court is instructed to close this case.

　DATED this 29th day of May, 2024.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE